■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO RIVERA, Appellant. [668 NYS2d 459] —Judgment, Supreme Court, New York County (Ira Beal, J.), rendered July 18, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant has failed to provide a sufficient record to review his claim that the trial court did not respond meaningfully to the jury's request for a readback. The record does not reflect the specific contents of the readback, and the circumstances do not warrant an inference that crucial testimony was omitted (*see, People v Kinchen*, 60 NY2d 772). A review of the existing record reveals that the court responded meaningfully under the circumstances. Concur—Ellerin, J. P., Nardelli, Mazzarelli and Andrias, JJ.